UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEVIN MONAHAN, et al.,

                Plaintiffs,             20-cv-2610 (PKC)

    -against-                      ORDER

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The undersigned will defer action on plaintiffs' letter of November 25, 2020 (DE 31), pending resolution of the issues addressed in the November 30, 2020 Order of Judge Torres in Packard v. City of New York, 15 Civ. 7130 (AT).

        SO ORDERED.

                                                        _____
                                                          P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       November 30, 2020