UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KEVIN MONAHAN, EMER MCKENNA, PABLO VARONA    20-cv-2610 (PKC)
BORGES, ANTONIO SERNA, AND ROBERT LAMORTE,
Plaintiffs,

                     -against-

THE CITY OF NEW YORK,

Defendant.

------------------------------------------------------------------------x

### NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiffs Kevin Monahan, Emer McKenna, and Pablo Varona Borges ("Plaintiffs"), hereby respectfully move this Court pursuant to its order dated April 9, 2021 (ECF No. 52), before the Honorable P. Kevin Castel, United States District Judge at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order: **(1)** granting Plaintiffs' Motion for Summary Judgment in its entirety or part thereof pursuant to Fed. R. Civ. P. 56(a); or **(2)** for such other relief as the Court deems just and proper.

    This motion is supported by the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment; Plaintiffs' Local Civil Rule 56.1 Statement; the Declaration of Wylie Stecklow in support thereof and the exhibits attached thereto; all of the prior pleadings and proceedings filed herein; and such other written and/or oral argument as may be presented to the Court.

DATED: New York, New York
           April 19, 2021

**WYLIE STECKLOW PLLC**
*/s/Wylie M. Stecklow*
Wylie M. Stecklow (WS6012)
Temporary Remote Office
231 W. 96th Street
Professional Suites 2B-#3
New York, NY 10025
(212) 566 8000

ECF@WylieLAW.com

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
Kevin G. Cooper
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653
KCooper@whafh.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of April, 2021 at New York, New York.

<i>/ s/Wylie M. Stecklow</i><br>
Wylie M. Stecklow